COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| | § | |
| IN RE: | § | No. 08-23-00081-CV |
| EAN HOLDINGS, LLC d/b/a ENTERPRISE RENT-A-CAR | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| Relator. | | |
| | § | |

## <u>SUBSTITUTED JUDGMENT</u>

The June 16, 2023 judgment of the Court issued is withdrawn and the following is the now judgment of the Court.

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Francisco X. Dominguez, Judge of the 205th District Court of Hudspeth County, Texas, and concludes that Relator's petition for writ of mandamus should be conditionally granted. We therefore conditionally grant the petition for writ of mandamus and direct the trial court to vacate its order denying the motion for leave to designate a responsible third party. The writ will issue only if the trial court fails to act in accordance with this opinion. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 12TH DAY OF JUNE 2024.


LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.
Palafox., J., concurring